UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-55-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLEN E. SMITH, JR. | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 70 be sealed until further order of the court.

SO ORDERED.

This the **31** day of July, 2014.

Honorable James C. Dever III<br>
Chief United States District Judge