UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-55-2-D

UNITED STATES OF AMERICA

v.

GLEN E. SMITH, JR.

**ORDER**

This matter comes before the Court on Defendant's motion to extend the date by which he must report to the United States Bureau of Prisons for service of his sentence.

For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the date by which Defendant must report to the United States Bureau of Prisons to begin service of his sentence is extended to 12:00 noon on January 5, 2015.

SO ORDERED.

This the 21 day of November, 2014.

Honorable James C. Dever III
Chief United States District Judge